KENJI M. PRICE #10523
United States Attorney
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

Jun 18, 2020

LIAN ABERNATHY, CLERK

CRAIG S. NOLAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:   (808) 541-2850
E-mail: Craig.Nolan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff<br><br>　　　vs.<br><br>DANIEL KEAULII<br><br>　　　　　　DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CR. NO. 20-MJ-00579-RT<br><br><br>APPLICATION AND ORDER FOR<br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM |

APPLICATION AND ORDER FOR
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

COMES NOW the UNITED STATES OF AMERICA, by the United

States Attorney, and represents and shows:

1

That the defendant **DANIEL KEAULII** is presently charged in the above-captioned matter with felon in possession of ammunition and is now detained in Oahu Community Correctional Center located at 2199 Kamehameha Highway, Honolulu, Hawaii 96819, in the custody of the Warden.   It is necessary to have said defendant present in the above-entitled case for Initial Appearance on **June 24, 2020, at 9:30 a.m.**, in the courtroom of the **Honorable Wes Reber Porter**, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii; in order to secure the presence of defendant it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding said Warden to produce said defendant to the United States Marshal in order to procure his presence in said courtroom on said date, and at such other dates as may be necessary until termination of the criminal charges now pending against the defendant.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum out of and under the seal of this Court, directed to said Warden commanding him to have and produce the above-named defendant to the United States Marshal, in order to procure defendant's presence before the **Honorable Wes Reber Porter** in said courtroom, on said date and time, and from day to day thereafter as may be necessary; the United States Marshal shall retain custody of defendant and at the termination of

2

the criminal charges now pending against defendant return him to the Oahu

Community Correctional Center.

DATED:   June 17, 2020, at Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii


By /s/Craig S. Nolan_____
  CRAIG S. NOLAN
  Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

3

O R D E R

Upon reading and filing the foregoing Application in that behalf;

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad

Prosequendum be issued as prayed for herein;

DATED:   Honolulu, Hawaii, _____.
June 18, 2020



_____

Wes Reber Porter
United States Magistrate Judge

United States v. Daniel Keaulii
Cr. No. 20-MJ-00579-RT
Application and Order for Writ of Habeas Corpus Ad Prosequendum

4