ORIGINAL

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

CRAIG S. NOLAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: 541-2850
Facsimile: 541-2958
E-mail: Craig.Nolan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR 20-00050 LEK |
| Plaintiff, | INDICTMENT |
| vs. | [18 U.S.C. § 922(g)(1)] |
| DANIEL KEAULII, | |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

### Felon in Possession of Ammunition
### (18 U.S.C. § 922(g)(1))

On or about May 21, 2020, within the District of Hawaii, DANIEL KEAULII, the defendant, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, namely two rounds of 9mm caliber ammunition, with said ammunition having been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## Forfeiture Notice

1.  The allegations contained in all paragraphs of the single count of this Indictment are hereby realleged and incorporated by reference for the purpose of noticing forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2.  The United States hereby gives notice that, upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) charged in the single count of this Indictment, DANIEL KEAULII, the defendant, shall forfeit to the United States any firearms and ammunition involved in or used in the commission of that offense, including but not limited to two rounds of 9mm caliber ammunition and an 8mm pistol seized on or about May 21, 2020.

3.  If by any act or omission of the defendant, any of the property subject to forfeiture described in paragraph 2 herein:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party,

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be subdivided without difficulty,

the United States of America will be entitled to forfeiture of substitute property up to the value of the property described above in paragraph 2, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

DATED: June 24, 2020, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson

_____
FOREPERSON, GRAND JURY

_____
KENJI M. PRICE
United States Attorney
District of Hawaii

_____
CRAIG S. NOLAN
Assistant U.S. Attorney

United States v. Daniel Keaulii
Indictment
Cr. No.   CR20-00050 LEK

4